No. 96–356.  MOFFITT, ZWERLING & KEMLER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE THOMAS took no part in the consideration or decision of this petition. ■

No. 96–562.  ORGANON, INC. v. KESSLER, COMMISSIONER OF FOOD AND DRUGS, ET AL.;
No. 96–575.  BRACCO DIAGNOSTICS INC. ET AL. v. KESSLER, COMMISSIONER OF FOOD AND DRUGS, ET AL.;
No. 96–728.  KESSLER, COMMISSIONER OF FOOD AND DRUGS, ET AL. v. ORGANON, INC., ET AL.; and
No. 96–761.  GENERIC PHARMACEUTICAL INDUSTRY ASSN. v. BRACCO DIAGNOSTICS INC. ET AL.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.  Reported below: 80 F. 3d 1543.

No. 96–685.  CARLSON ET AL. v. ALASKA COMMERCIAL FISHERIES ENTRY COMMISSION.  Sup. Ct. Alaska.  Motion of Tangier Sound Waterman's Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ■

No. 96–743.  EMC CORP. v. NORAND CORP.  C. A. Fed. Cir.  Motion of New England Legal Foundation for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ■

No. 96–747.  UNION OIL COMPANY OF CALIFORNIA v. CITIZENS FOR A BETTER ENVIRONMENT-CALIFORNIA ET AL.  C. A. 9th Cir.  Motion of American Automobile Manufacturers Association et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied. ■

No. 96–6665.  JACOB v. AT&T CORPORATE HEADQUARTERS.  C. A. 2d Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–9302.  MCCARTHY v. UNITED STATES, *ante*, p. 991;
No. 96–202.  URICHICH v. CITY OF YOUNGSTOWN ET AL., *ante*, p. 928;
No. 96–528.  SMITH v. CITY AND COUNTY OF DENVER ET AL., *ante*, p. 1010;

No. 96–545.  SMITH v. REGIONAL TRANSPORTATION DISTRICT ET AL., *ante*, p. 1021;

No. 96–5242.  HAMILTON v. UNITED STATES, *ante*, p. 994;

No. 96–5520.  MASSENGALE v. MILLS, WARDEN, *ante*, p. 934;

No. 96–5702.  PARHAM v. PEPSICO, INC., *ante*, p. 953;

No. 96–5826.  HAYNES v. SOUTH CAROLINA ET AL., *ante*, p. 939;

No. 96–5906.  SORBET v. WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante*, p. 983;

No. 96–5978.  FORT v. HAILEY ET AL., *ante*, p. 996;

No. 96–5985.  BLANDINO v. LINDLER ET AL., *ante*, p. 996;

No. 96–6027.  JOHNSON v. HILL, WARDEN, *ante*, p. 996;

No. 96–6090.  PARTEE v. PASTRICK ET AL., *ante*, p. 1012;

No. 96–6129.  YUAN JIN v. TEMPLE UNIVERSITY ET AL., *ante*, p. 1013;

No. 96–6165.  PIZZO v. JEFFERSON PARISH SHERIFF'S OFFICE ET AL., *ante*, p. 1014;

No. 96–6190.  SLAPPY v. VANMETER ET AL., *ante*, p. 1014; and

No. 96–6290.  RAWLINS v. ALLEN, CLERK, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL., *ante*, p. 1016.  Petitions for rehearing denied.

No. 95–9201.  BIERLEY v. WALTERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MERCER, *ante*, p. 843;

No. 95–9396.  BUZEA v. STANHOPE HOTEL, *ante*, p. 854; and

No. 96–232.  DUBIN v. UNITED STATES, *ante*, p. 872.  Motions for leave to file petitions for rehearing denied.

## JANUARY 22, 1997

No. 96–7214 (A–523).  GREENAWALT v. ARIZONA.  Super. Ct. Ariz., Yuma County.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Certiorari denied.

No. 96–7573 (A–520).  GREENAWALT v. ARIZONA.  Sup. Ct. Ariz.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Certiorari denied.

No. 96–7577 (A–521).  GREENAWALT v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented